IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:23-CR-274 |
| v. | § | Judge Mazzant |
| | § | |
| CEDRIC RAMON BUSTER (1) | § | |

## FACTUAL BASIS

The defendant, **CEDRIC RAMON BUSTER**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1. That the defendant, **CEDRIC RAMON BUSTER**, who is changing his plea to guilty, is the same person charged in the Information.

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3. That **CEDRIC RAMON BUSTER** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Information, to knowingly and intentionally distribute and possess with the intent to distribute cocaine.

4. That **CEDRIC RAMON BUSTER** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **CEDRIC RAMON BUSTER** knew that the amount involved during the term of the conspiracy involved at least one-kilogram of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy

after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.  I have read this Factual Basis and the Information and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: _____        _____
                              CEDRIC RAMON BUSTER
                              Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.  I have read this Factual Basis and the Information and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.

Dated: 9/3/25        _____
                     REED PROSPERE
                     Attorney for the Defendant